No. 349, Misc.   MENENDEZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *John Paul Howard* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 354, Misc.   KRUG *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward A. Hinz, Jr.,* Deputy Attorney General, for respondent.

No. 362, Misc.   BRADLEY *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.   *Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 376, Misc.   LACEY *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *John F. X. Peloso* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 383, Misc.   HOLSEN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 643, Misc.   BAILEY ET AL. *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied. *John M. Linsenmeyer* for petitioners.   *Elliott Golden* and *Frank Di Lalla* for respondent.